UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62333-Civ-SCOLA

JACQUELINE ZENON,

        Plaintiffs,
vs.

COLLECTION RESULTS, INC.,

        Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to this Court's Scheduling Order of February 8, 2013 [D.E. 11], Plaintiff, JACQUELINE ZENON ("Plaintiff"), and Defendant, COLLECTION RESULTS, INC. ("Defendant"), hereby notify the Court that they have selected W. Jay Hunston, Jr. Esq. as mediator in this case. Mediation is scheduled to take place June 27, 2013, at 2:30pm at 101 NE 3rd Ave., Ste. 1500, Ft. Lauderdale, FL 33301.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Discovery Plan and Conference Report.

| | |
|---|---|
| /s/Daniel Tam | /s/Nicholas T. Gentile |
| Daniel Tam, Esq. | Nicholas T. Gentile, Esq. |
| FBN 60610 | FBN 298050 |
| E-Mail: dtam@cabanaslawfirm.com | Email: ntgentile@gmail.com |
| CABANAS LAW, P.A. | Nicholas Gentile, Esq. |
| 18503 Pines Blvd., Ste. 301 | 1645 SE 3d Ct., Ste. 101 |

| | |
|---|---|
| Pembroke Pines, FL 33029 | Deerfield Beach, FL 33441 |
| Telephone: (954) 447-2580 | Telephone: (954) 755-1000 |
| Facsimile: (954) 447-2959 | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 9, 2013 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF and U.S. Mail.

Nicholas Gentile, Esq.
1645 SE 3d Ct., Ste. 101
Deerfield Beach, FL 33441
Service by U.S. Mail and CM/ECF
*Attorney for Defendant Collection Results, Inc.*

    CABANAS LAW, P.A.
    *Attorneys for Plaintiff*
    18503 Pines Blvd., Ste. 301
    Pembroke Pines, FL 33029
    Telephone: (954) 447-2580
    Facsimile: (954) 447-2959
    /s/Daniel Tam
    DANIEL TAM, ESQ.
    FBN 60610
    E-Mail: dtam@cabanaslawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62333-Civ-SCOLA

JACQUELINE ZENON,

        Plaintiffs,

vs.

COLLECTION RESULTS, INC.,

        Defendant.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with W. Jay Hunston, Jr., Esq. on June 27, 2013, at 2:30 pm at 101 NE 3rd Ave., Ste. 1500, Ft. Lauderdale, FL 33301.

ENTERED this ___ day of _____, 20 ___.

                                                                                                           _____
                                                                                                             U.S. District Judge

Copies furnished:
All counsel of record