UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62333-Civ-SCOLA

JACQUELINE ZENON,

    Plaintiff,

vs.

COLLECTION RESULTS, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before the Court upon the notification of settlement (ECF No. 20), filed by the Mediator.  The parties have settled this matter, and it will be administratively closed pending the filing of a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or the Plaintiff moving for dismissal pursuant to Rule 41(a)(2).  A stipulation of final dismissal, or a motion for dismissal, shall be filed by **July 31, 2013**.  If the parties file a stipulation of final dismissal pursuant to Rule 41(a)(1)(A)(ii) and wish to have this Court retain jurisdiction to enforce their settlement, the parties must include the following sentence in their stipulation of dismissal:  "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case."  This sentence is required because a joint stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The Clerk shall **CLOSE** this case.  Any party may move to re-open the case if there is a problem in reaching a final settlement agreement.  Any pending motions are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida on July 9, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**