UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62333-Civ-SCOLA

JACQUELINE ZENON,

    Plaintiffs,
vs.

COLLECTION RESULTS, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation for Dismissal.

| | |
|---|---|
| /s/Daniel Tam | /s/Nicholas T. Gentile |
| Daniel Tam, Esq. | Nicholas T. Gentile, Esq. |
| FBN 60610 | FBN 298050 |
| E-Mail: dtam@cabanaslawfirm.com | Email: ntgentile@gmail.com |
| CABANAS LAW, P.A. | Nicholas Gentile, Esq. |
| 18503 Pines Blvd., Ste. 301 | 1645 SE 3d Ct., Ste. 101 |
| Pembroke Pines, FL 33029 | Deerfield Beach, FL 33441 |
| Telephone: (954) 447-2580 | Telephone: (954) 755-1000 |
| Facsimile: (954) 447-2959 | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 31, 2013 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF and U.S. Mail.

Nicholas Gentile, Esq.
1645 SE 3d Ct., Ste. 101
Deerfield Beach, FL 33441
Service by CM/ECF
*Attorney for Defendant Collection Results, Inc.*

                                                   CABANAS LAW, P.A.
                                                   *Attorneys for Plaintiff*
                                                   18503 Pines Blvd., Ste. 301
                                                   Pembroke Pines, FL 33029
                                                   Telephone: (954) 447-2580
                                                   Facsimile: (954) 447-2959
                                                   /s/Daniel Tam
                                                   DANIEL TAM, ESQ.
                                                   FBN 60610
                                                   E-Mail: dtam@cabanaslawfirm.com