**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-62333-Civ-SCOLA**

JACQUELINE ZENON,

    Plaintiff,
vs.

COLLECTION RESULTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal, ECF No. 22).  The Court reserves jurisdiction to enforce the parties' settlement agreement.  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida on August 2, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE